# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                PLAINTIFF,<br><br>    v.<br><br>ADAM JOINER,<br><br>                DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: LA19MJ03346 |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ADAM JOINER** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with wire fraud, engaging in monetary transactions in property derived from specified unlawful activity, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1343, 1957, and 1028A.

REC: BY AUSA          [Detention]

8/13/2019
Date

JOHN E. MCDERMOTT
The Honorable John. E. McDermott

JOHN E. MCDERMOTT
Signature of Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED<br>8/13/2019<br>DATE OF ARREST<br>8/27/2019 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent Nathan Cherney | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

WARRANT FOR ARREST ON COMPLAINT                                            Page 1 of 2

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: White | SEX: Male | HEIGHT: 5'10" | WEIGHT: 170 | HAIR: BRN | EYES: BLU | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1/21/1978 | PLACE OF BIRTH: Sacramento, CA | | | SOCIAL SECURITY NO.: [redacted] | | DRIVER'S LICENSE NO. B4427895 | ISSUING STATE |
| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: Black cross on left ring finger | | | | | | |
| AUTO YEAR: 2018 | AUTO MAKE: Jeep | AUTO MODEL: Wrangler | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING |
| LAST KNOWN RESIDENCE: 441 3rd Street, Manhattan Beach, California 90266 | | | | LAST KNOWN EMPLOYMENT: CSG International | | | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: FBI | INVESTIGATIVE AGENCY ADDRESS: 11000 Wilshire Blvd, suite 1700 Los Angeles, CA 90024 |
|---|---|

NOTES: