1  HANUSZ LAW, PC
   John Hanusz (SBN 277367)
2  Email: john@hanuszlaw.com
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone: (213) 204-4200
4

5  Counsel for Defendant Adam Joiner

6
                    UNITED STATES DISTRICT COURT
7
                   CENTRAL DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,           Case No. 19CR-00541-AB

10              Plaintiff,
                                       **NOTICE OF FILING OF
11       v.                            LETTER REGARDING
                                       SENTENCING**
12 ADAM JOINER,

13              Defendant.

14

15

16

17

18      Adam Joiner, by and through counsel, hereby files the attached letter of

19 Andrew Joiner for the Court's consideration at sentencing.

20

21 Dated: November 6, 2021           Respectfully submitted,

22                                   *s/ John Hanusz*
                                     John Hanusz
23
                                     Counsel for Mr. Joiner
24

25

26

27

28

---

NOTICE OF FILING OF SENTENCING LETTER

Dear Judge Birotte,

As 18 months have passed since I submitted a letter offering my observations of Adam's character, I hope you will consider a brief update on my thoughts.

I have communicated with Adam approximately twice a week since his incarceration and believe he has worked exceptionally hard on himself. He has emotionally and extensively apologized to me and, to my knowledge, all of the other loved ones, friends, and acquaintances he has been in communication with. He is deeply aware of his failures and has sought self-help through numerous readings and conversations, beyond what is available to him. While I understand my window to him is presently limited, I believe his values and outlook on life have genuinely, humbly evolved. I believe he profoundly regrets his actions and the pain he has caused others, and is committed to correcting things with all of them. I believe he desperately wants to prove that he made a terrible mistake and that, more than anything, he can once again be an upstanding father, son, brother, friend, community member, and citizen of this country.

Again, with respect to you, the courts, and the seriousness of Adam's situation, I thank you for your time in reading this, and I hope you will consider my thoughts in your decision.

Sincerely,

Andrew Joiner